UNITED STATES of America,
Plaintiff–Appellee,

v.

Arthur SMITH, a.k.a Co–Chief,
Defendant–Appellant.

No. 12–15584
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 25, 2013.

Adams Fels, Wifredo A. Ferrer, Daren Grove, Andrea G. Hoffman, Alison Whitney Lehr, Kathleen Mary Salyer, Anne Ruth Schultz, Cynthia R. Wood, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Philip Robert Horowitz, Law Office of Philip R. Horowitz, Esq., Miami, FL, for Defendant–Appellant.

Before DUBINA, WILSON and FAY, Circuit Judges.

PER CURIAM:

Philip R. Horowitz, counsel for Arthur Smith in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Smith's conviction and sentence are AFFIRMED.